TIMOTHY HAYES, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent, et al., Defendants.— In an action to recover damages for personal injuries, in which it was sought to hold the respondent New York Telephone Company liable for the negligent use of a car owned by its employee, the defendant Walsh, judgment, and order granting respondent's motion to set aside the verdict and

to dismiss the complaint as to it, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post*, p. 905.]